574

360 A.2d 629
Commonwealth v. Ford, Appellant.

Argued June 15, 1976. Carol E. Haltrecht, Assistant Public Defender, with her John R. Merrick, Public Defender, for appellant; Alan J. Jarvis, Assistant District Attorney, with him William H. Lamb, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

360 A.2d 676
Commonwealth v. Gamble, Appellant.

Submitted June 17, 1976. Morton Krase, for appellant; Stuart M. Niemtzow and Deborah E. Glass, Assistant District Attorneys, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.